**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR48** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WILLIAM J. STAFFORD,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon defendant's Unopposed Motion to Continue Trial [22].  Counsel needs additional time to investigate the case and discuss the results with the defendant.  In addition, counsel needs additional time to determine if the matter can be resolved short of trial.  For good cause shown,

**IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [22] is granted, as follows:

1. The jury trial now set for April 13, 2021, is continued to **July 6, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 6, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  April 9, 2021.**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**