**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR48** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WILLIAM J. STAFFORD,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [60]. Counsel needs additional time to negotiate a resolution short of a trial. The undersigned Magistrate Judge had a telephone conference with the attorneys on April 8, 2022.  Based on the comments of counsel, and the motion, the court finds good cause has been shown,

**IT IS ORDERED** that the Motion to Continue Trial [60] is granted, as follows:

1. The jury trial now set for April 19, 2022, is continued to **July 5, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 5, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED:  April 8, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge