IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR48 |
| vs. | ) | |
| WILLIAM J. STAFFORD, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [65]. Counsel needs additional time to negotiate a resolution short of a trial. The court held a telephone conference with the attorneys on June 27, 2022, and for good cause shown the court will grant one further continuance. However, the court informed the parties that no further continuances will be granted.

**IT IS ORDERED** that the Motion to Continue Trial [65] is granted, as follows:

1. The jury trial now set for July 5, 2022, is continued to **September 6, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 6, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

4. Final Trial Order, Filing [64] is vacated.

**DATED:** June 28, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

8:21-cr-00048-BCB-SMB   Doc # 68   Filed: 06/28/22   Page 2 of 2 - Page ID # 118